# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL No. H-16-285-1 |
| JOHN P. RAMIREZ, M.D. | § § | |

## VERDICT

### COUNT ONE

We, the jury, find the Defendant, JOHN P. RAMIREZ,

___Guilty___, of the offense charged in Count One of the Indictment.
("Guilty" or "Not Guilty")

### COUNT EIGHT

We, the jury, find the Defendant, JOHN P. RAMIREZ,

___Guilty___, of the offense charged in Count Eight of the Indictment.
("Guilty" or "Not Guilty")

39

## COUNT NINE

We, the jury, find the Defendant, JOHN P. RAMIREZ,

__Guilty__, of the offense charged in Count Nine of the Indictment.
("Guilty" or "Not Guilty")

## COUNT TEN

We, the jury, find the Defendant, JOHN P. RAMIREZ,

__Guilty__, of the offense charged in Count Ten of the Indictment.
("Guilty" or "Not Guilty")

9/18/18
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL No. H-16-285-2 |
| ANN NWOKO SHEPERD | § | |

### VERDICT

### COUNT ONE

We, the jury, find the Defendant, ANN NWOKO SHEPERD, __Guilty__, of the offense charged in Count One of the Indictment.
("Guilty" or "Not Guilty")

### COUNT TWO

We, the jury, find the Defendant, ANN NWOKO SHEPERD, __Guilty__, of the offense charged in Count Two of the Indictment.
("Guilty" or "Not Guilty")

### COUNT THREE

We, the jury, find the Defendant, ANN NWOKO SHEPERD, __Guilty__, of the offense charged in Count Three of the Indictment.
("Guilty" or "Not Guilty")

41

## COUNT FOUR

We, the jury, find the Defendant, ANN NWOKO SHEPERD,

_____Guilty_____, of the offense charged in Count Four of the Indictment.
("Guilty" or "Not Guilty")

## COUNT FIVE

We, the jury, find the Defendant, ANN NWOKO SHEPERD,

_____Guilty_____, of the offense charged in Count Five of the Indictment.
("Guilty" or "Not Guilty")

## COUNT SIX

We, the jury, find the Defendant, ANN NWOKO SHEPERD,

_____Guilty_____, of the offense charged in Count Six of the Indictment.
("Guilty" or "Not Guilty")

## COUNT SEVEN

We, the jury, find the Defendant, ANN NWOKO SHEPERD,

_____Guilty_____, of the offense charged in Count Seven of the Indictment.
("Guilty" or "Not Guilty")

_____9/18/18_____
Date

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | CRIMINAL No. H-16-285-3 |
| AKALAKACHINYEM NWOKO | § | |

### VERDICT

### COUNT ONE

We, the jury, find the Defendant, AKALAKACHINYEM ("YVETTE") NWOKO,

___Guilty___, of the offense charged in Count One of the Indictment.
("Guilty" or "Not Guilty")

### COUNT TWO

We, the jury, find the Defendant, AKALAKACHINYEM ("YVETTE") NWOKO,

___Guilty___, of the offense charged in Count Two of the Indictment.
("Guilty" or "Not Guilty")

43

## *COUNT THREE*

We, the jury, find the Defendant, AKALAKACHINYEM ("YVETTE") NWOKO,

__Guilty__, of the offense charged in Count Three of the Indictment.
("Guilty" or "Not Guilty")

## *COUNT FOUR*

We, the jury, find the Defendant, AKALAKACHINYEM ("YVETTE") NWOKO,

__Guilty__, of the offense charged in Count Four of the Indictment.
("Guilty" or "Not Guilty")

__9/18/18__
Date

44